JUDGE BLAKEY
MAGISTRATE JUDGE COLE
1:22-CR-115 FILED
3/2/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
EY

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 14 GJ 393 | **DATE** | MARCH 2, 2022 |
| **CASE TITLE** | U.S. v. MICHAEL J. MADIGAN, ET AL. | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for _SPECIAL APRIL 2021_ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____

TO SET PRELIMINARY BAIL AT $10,000 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO BOTH DEFENDANTS.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                   UNDER SEAL)

Courtroom Deputy Initials: 

Page 1 of 1