**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division**

UNITED STATES OF AMERICA

                Plaintiff,

v.                                     Case No.: 1:22−cr−00115
                                            Honorable John Robert Blakey

Michael J. Madigan, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 3, 2022:

      MINUTE entry before the Honorable Jeffrey Cole as to Michael J. Madigan: Initial appearance and Arraignment set before Judge Cole on 3/9/22 at 1:30pm. Instructions will be emailed to counsel. Members of the public and media will be able to call in to listen to this hearing. Please call (888) 684−8852, access code 5618926.#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.