UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL J. MADIGAN<br>and MICHAEL F. MCCLAIN | No. 22 CR 115<br><br>Hon. Jeffrey Cole |

## ORDER AUTHORIZING EARLY RETURN OF TRIAL SUBPOENAS

Upon the oral motion of the government, and with the agreement of the defendants, pursuant to Fed. R. Crim. P. 17(c)(1), it is hereby ORDERED:

The government and defendants are authorized to obtain the early return of trial subpoenas, with discovery of the materials obtained pursuant to the issuance of the trial subpoenas to the other parties.

ENTER:

_____
Jeffrey Cole
Magistrate Judge
United States District Court
Northern District of Illinois

Date: 3/10/22