# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                 Case No.: 1:22−cr−00115
                                                         Honorable John Robert Blakey

Michael J. Madigan, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 1, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Telephonic status hearing held on 4/1/2022. Defendants Michael J. Madigan (1) and Michael F. McClain's (2) on bond with appearances previously waived by defense counsel. Telephonic status hearing set by agreement for 8/2/2022 at 1:00 p.m. in Courtroom 1203. Oral agreed motion to waive the appearance of the defendants at the next status hearing is granted. Counsel shall call into 877−402−9753 and utilize participant code 9955840. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The oral agreed motion to exclude time is granted, and the Court finds that the ends of justice are served by the continuance and outweigh the interests of the public and the defense in a speedy trial, based upon the reasonable time necessary for effective preparation by counsel taking into account the exercise of due diligence. In the interests of justice, time is hereby excluded, from 4/1/2022 to and including 8/2/2022, for the effective preparation by counsel, including the preparation and filing of pretrial motions, setting a trial date and/or potential plea discussions, pursuant to 18 USC Sections 3161(h)(1)(D), 3161(h)(6), and 3161(h)(7). Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.