# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                           Plaintiff,

v.                                                   Case No.: 1:22−cr−00115
                                                   Honorable John Robert Blakey

Michael J. Madigan, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 21, 2022:

      MINUTE entry before the Honorable Jeffrey Cole as to Michael J. Madigan (1), Michael F. McClain (2): Arraignment set before Judge Cole on 11/1/22 at 10:30am. Instructions will be emailed to counsel. Members of the public and media will be able to call in to listen to this hearing. Please call (888) 684−8852, access code 5618926.#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.