**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                          Case No.: 1:22−cr−00115
                                                            Honorable John Robert Blakey

Michael J. Madigan, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 9, 2023:

        MINUTE entry before the Honorable John Robert Blakey: Telephonic status hearing held on 1/9/2023. Defendants Michael Madigan (1) and Michael McClain's (2) presence previously waived by defense counsel. Oral agreed motion to extend deadline for filing any pretrial motions is granted and any pretrial motions shall be filed on or before 2/28/2023. Counsel shall meet and confer regarding the necessity and scope of any evidentiary hearing prior to 2/28/2023, and come to the status prepared to set a briefing schedule (and any potential evidentiary hearing date) at the next status hearing. Telephonic status hearing set for 1:00 p.m. on 3/10/2023. If the parties wish to waive the appearance of the Defendants at the next status hearing, they must advise the Court prior to the next hearing date. Counsel shall call into 877−402−9753 and utilize participant code 9955840. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Oral agreed motion to set this case for a jury trial in 2024 is granted. The Court sets the case for jury trial on 4/1/2024 at 9:30 a.m. in Courtroom 1203 and for final pretrial conference on 3/25/2024 at 1:30 in Courtroom 1203. Attorneys and Defendants shall appear at 9:00 a.m. on the date of trial to set up and resolve any issues. The parties shall file any motions in limine by 3/4/2024, and responses to motions in limine by 3/11/2024. The parties shall file their Joint Pretrial Memorandum by 3/27/2024. The parties must review and comply with the Court's standing orders and procedures (including the Pretrial Memoranda/Motions in Limine (Criminal) order), which are available on Judge Blakey's information page on the Court's official website: www.ilnd.uscourts.gov. Consistent with these orders, motions in limine shall be filed within a single pleading not to exceed 30 pages, with each issue separately numbered and argued within the pleading. Responses shall similarly consist of a single pleading, not to exceed 30 pages, with each issue separately addressed and listed with the same numbering as the motions in limine. No replies will be permitted absent leave of the Court. Unless otherwise directed by the Court, the parties shall come prepared to argue all motions in limine at the Final Pretrial Conference. In anticipation of trial, the parties must pre−mark all exhibits they intend to use/seek to admit at trial, exchange them by noon on 3/27/2024, and submit a flash drive with digital copies of the exhibits to Chambers by

9:00 a.m. on 4/1/2024. The Court will address all outstanding issues at the final pretrial conference. The oral agreed motion to exclude time is granted, and the Court finds that the ends of justice are served by the continuance and outweigh the interests of the public and the defense in a speedy trial, based upon the reasonable time necessary for effective preparation by counsel taking into account the exercise of due diligence. In the interests of justice, time is hereby excluded, from 1/9/2023 to and including 4/1/2024, for the effective preparation by counsel, including the preparation and filing of pretrial motions, and preparing for trial, pursuant to 18 USC Sections 3161(h)(1)(D), 3161(h)(6), and 3161(h)(7). Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.