# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                         Case No.: 1:22−cr−00115
                                          Honorable John Robert Blakey

Michael J. Madigan, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 14, 2023:

      MINUTE entry before the Honorable John Robert Blakey: Oral agreed motion for extension of time is granted. Motions [53], [57], [59] and [60] shall be briefed as follows: Government's response is due 7/10/2023. Defendant's reply is due by 8/10/2023. In−Person Status and motion hearing is set for 8/29/2023 at 1:00 p.m. in Courtroom 1203. Defendants' presence waived. Joint pretrial memorandum is due by 3/18/2024. Time previously excluded to and including 4/1/2024. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.