# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                        Case No.: 1:22−cr−00115
                                        Honorable John Robert Blakey

Michael J. Madigan, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 29, 2023:

        MINUTE entry before the Honorable John Robert Blakey: In person motion hearing held on 8/29/2023. Defendants Michael J. Madigan (1) and Michael F. McClain (2) presence previously waived by defense counsel. Counsel shall email any revised case management dates to the Chambers, as stated in open court. All pending motions remain under advisement and the Court will issue a ruling by separate order. Time previously excluded to 4/1/2024. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.