# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                           Case No.: 1:22–cr–00115
                                                          Honorable John Robert Blakey

Michael J. Madigan, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 26, 2024:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the parties estimate for hearing, status hearing previously set for 10/2/2024 at 10:00 a.m. is reset for 10/2/2024 at 9:00 a.m.–11:00 a.m. in Courtroom 1203. Counsel shall contact the Courtroom Deputy if they wish to waive the appearance of their clients for this hearing. Time previously excluded to 10/8/2024. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.