# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                 Case No.: 1:22−cr−00115
                                                      Honorable John Robert Blakey

Michael J. Madigan, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 2, 2024:

        MINUTE entry before the Honorable John Robert Blakey: For the reasons explained in the accompanying memorandum opinion, the Court denies Madigan's motion to dismiss certain counts of the Superseding Indictment, [129]; denies Madigan's motion to suppress, [57]; denies Madigan's motion to strike, [132]; denies Madigan's motion for a bill of particulars, [133]; denies Madigan's motion for production of grand jury minutes, [134]; grants in part, and denies in part, Madigan#039;s motion for pretrial publicity related relief, [184]; denies McClain's motion to dismiss, [69]; and denies McClain's motion for severance, [122], [139]. The Court will issue a separate written order addressing any outstanding issues regarding the parties' pretrial motions in limine. The parties shall comply with all deadlines set by the Court in this Order and in prior orders, see [203], [205], [206], [211]. By prior order [91], the trial will commence as scheduled on October 8, 2024, at 9:30 a.m. in Courtroom 1203, with attorneys and Defendants appearing at 9:00 a.m. in Courtroom 1203. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.