# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
## Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                               Case No.: 1:22–cr–00115
                                              Honorable John Robert Blakey

Michael J. Madigan, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 26, 2024:

      MINUTE entry before the Honorable John Robert Blakey: Jury trial held on 11/26/2024. Defendants Michael Madigan (1) and Michael McClain (2) present in court on bond with the assistance of defense counsel. Jury trial continued to 11/27/2024 at 9:00 a.m.; Defendants and Attorneys shall appear at 8:45 a.m. in Courtroom 1203. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.