# **EXHIBIT I**

**Elected Official Letters**

1. Brady, Michael
2. Breslin, Peg
3. Brosnahan, James
4. Cavanaugh, William (Republican)
5. Claar, Roger (Republican)
6. Costello, Jerry
7. Currie, Barbara Flynn
8. Curry, Julie
9. D'Amico, John
10. Davis, Monique
11. Devine, Richard
12. Edgar, Jim (Republican)
13. Evans, Marcus
14. Halstead, Billy
15. Hannig, Gary
16. Harris, Greg
17. Joyce, Kevin
18. Kilbride, Thomas
19. Lipinski, William
20. Lyons, Joseph
21. Mautino, Frank John
22. McPike, Jim
23. Montana, Lori (Republican)
24. Moseley Braun, Carol
25. O'Connell, John
26. O'Malley, Patrick (Republican)
27. Preston, Judge Lee
28. Tarver II, Curtis
29. Thompson, Jayne Carr (Republican)
30. Tunney, Tom (also sent directly to the Court)
31. Turner, Art
32. Van Meter, Andy (Republican) (also sent directly to the Court)
33. Watson, Frank (Republican)
34. Watson, Jim (Republican)
35. Yednock, Lance

The Honorable John Robert Blakey                                    April 7, 2025
US District Court for the Northern District of Illinois
Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: MICHAEL J. MADIGAN

Dear Judge Blakey:

In the 1970's and 1980's, I spent a decade in public life serving as an Illinois State Senator, Illinois State Representative and Deputy Mayor of the City of Chicago. In these various positions I had many interactions with Michael J. Madigan while working on various public policy issues.

There were two things that remained consistent in my dealings with Mike: he was a man of his word, and his role as a husband and father came first. Regarding his integrity, we didn't always agree on the best solution to whatever issue was on the table, but you always knew where he stood and that there would be no changes or surprises in his position without further discussions.

He also recognized that not every solution would be his. I distinctly remember Mike coming to me once to see if I could help him with a constituent problem. I said that I'd look into it. The problem turned out to be something I couldn't help with, and I had to get back to him with that report. All he said was thanks for trying and we never talked about it again.

Our conversations through the years never ended without talking about how our families were doing. I remember on one occasion coming out of the State Capitol in Springfield and we ran into each other. At the time my son was serving on the Illinois Board of Elections and, unbeknown to me, had recently voted against an issue Mike was supporting. Mike asked me why my son had voted that way. I responded I wasn't aware of this incident but I was sure my son was voting according to what he thought was appropriate, and that he certainly wouldn't have checked with me about it. He just laughed and said how interesting it is in raising our children.

As someone who has known Mike for 50 years, I could try to reconstruct the many things I know he has done to help people. But most importantly he has been my good friend for all this time, which speaks to the kind of individual I think he is.

I hope you are able to take into consideration the honorable person he is as you make a determination regarding his future.

Respectfully,

Michael I. Brady

Michael I. Brady

## Peg M. Breslin
### Judge, Illinois Appellate Court, Third District (Retired)

April 24, 2025

To Whom It May Concern:

In 1976 I was elected to represent the people of north central Illinois in the Illinois General Assembly and served in that position for fourteen years. It was during that time that I met and worked with Michael Madigan on legislative issues. While Mike served as Speaker, he appointed me to be a part of his leadership team, serving first as Majority Whip and later as Assistant Majority Leader. I eventually went on to serve on the Third District Appellate Court but we have kept in touch through the years and I consider him a friend.

Mike was a hard worker, a master of the legislative process, the issues and the many parties involved in each issue. He made the effort to know the whole state, its problems and its people. He was not a back slapper, a "Hail fellow well met" type. Instead, I considered him reserved, not an extrovert. But he mastered the social techniques of the job and thrived in it. He was straightforward, honest and truthful, even when it wasn't convenient. If he gave you his word, he kept it. He made a particular effort not to mislead. If he wasn't positive that he could deliver what was asked of him, he was careful not to exaggerate his abilities and modified his commitment in advance so as not to mislead.

Unlike many men, Mike never shrank from getting involved in issues that women legislators wanted to address: the Equal Rights Amendment, maternity leave, rewriting the Nurse Practices Act, farmworker sanitation (yes, many farmworkers are female and had no appropriate sanitation in the field).

Madigan sentencing letter, April 24, 2025, Page 2

I'll never forget Mike's significant contribution on the last day for passing the federal Equal Rights Amendment which Illinois had never passed in both Houses in the same year. This year it had passed in the Senate but not yet in the House. Women from all over the country were in Springfield lobbying for it. We met with Mike and asked him to work on getting crucial votes from certain male Democratic members with whom he had a rapport. He agreed--even though his wife and his district were anti-ERA. He worked on it in the days leading up to the vote and he was on the floor the afternoon of the vote until the very end…and with great success. All of the votes he was in charge of corralling were on the board in the affirmative column.

This is just one small example of the kinds of things Mike did day in and day out as Speaker of the Illinois House during the years I was there. In every interaction I had with him in the course of my time in the General Assembly, he demonstrated to me that he had the public good as the guide star for deciding how to direct the legislative approach to the issues before us.

Respectfully submitted,


Peg Breslin

April 17, 2025

The Honorable Judge John Robert Blakey
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Chambers 1288
Chicago, IL 60604

      Re: Michael J. Madigan

Dear Judge Blakey,

By way of introduction, I am presently an attorney and lobbyist in the City of Chicago and Springfield, IL. I graduated from Loyola University of Chicago School of Law in 1988. I went to work for the Cook County State's Attorney Office in 1988 and spent almost eight years as a prosecutor. I was originally assigned to the Felony Trial Division in the Sixth District (Markham). I was subsequently transferred to 26th and California, where I was assigned to the Public Integrity Unit and the Gang Crimes Unit. I resigned from the SAO in 1996.

I met Mike Madigan in 1996 when I decided to run for state representative of the 36th District, which was comprised of the southwest suburbs of Cook County and parts of the City of Chicago's southwest side. I won the general election in November 1996 and served in the Illinois House from January 1997 to February 2010. Mike was the Speaker during my entire tenure in the General Assembly. I worked very closely with Mike for over thirteen years and spent a great deal of time with him. I grew to respect him as a leader. His decisions were always well-informed and I believe he was always motivated by a desire to do the right thing. For example, in the face of strong opposition from powerful special interests, Mike supported a bill I sponsored to toll the statute of limitations on civil actions arising out of the sexual abuse of minors.

Other times, Mike and I did not agree on proposed legislation or policy or politics. I did not always vote the way he hoped or advised. He took exception, but despite the power he held, he accepted my position without reprisal. Were this not the case, we would not currently be friends.

I can't imagine that anyone would disagree with Mike's reputation as one of the hardest workers around. Those who worked with him, like me, also know that he is a man of his word. If Mike told you something, you could always count on it. The caricature of the glad-handing politician who makes empty promises certainly does not apply to Mike Madigan.

My friendship with Mike has endured, built on mutual respect and common interests. I have dinner with Mike quite frequently. Although we often discuss politics, we probably spend much more time talking about our families, books or the ongoing struggles of the Chicago White Sox. I have become accustomed to acquaintances and strangers approaching the table to thank Mike for something he has done to help them or their families.

On a personal note, one of my sisters was severely disabled and she was a long-time resident of Misericordia. She passed away in 2017. My family has been involved with Misericordia and I thank God that my sister received such loving and compassionate care. Although Mike did not have a familial connection to Misericordia, he understood its mission to provide dignified, joyful lives to its residents, and invaluable peace of mind to their families. When Sister Rosemary Connolly from Misericordia came to Springfield asking for assistance from the State, Mike listened, understood, and responded. Time and time again, Mike found ways to support the good and necessary work of caring for the most vulnerable.

When considering a just sentence, I fervently hope that you take into account all facets of this man. I know some people feared Mike because of his power; many more people, like me, respect him as an honest, hardworking, earnest man who dedicated time and enormous effort to helping others and improving lives. He has made a positive impact on thousands of individuals and families. Thank you for your consideration.

Sincerely,

James D. Brosnahan

James D. Brosnahan

April 17, 2025

William K. Cavanagh Jr.
Attorney at Law



The Honorable Judge John Robert Blakey
United States District Court
Northern District of Illinois
Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Dear Judge Blakey,

Please allow me to introduce myself as William K. Cavanagh Jr. I live in Springfield, Illinois and practice law maintaining offices in both Springfield, Illinois and Washington, DC. I work in the securities litigation field and am of counsel to the firm, Robbins, Geller, Rudman & Dowd LLP. Over the course of my 45 years of practice, I have concentrated in the representation of International and Regional Building Trade Unions and attendant pension funds.

During the course of my career in representing the interests of Building Trade Unions in Illinois and nationally, it was only natural that I had significant contact with Speaker Madigan having handled many cases that were either directly or indirectly related to legislation in Illinois. The interactions that I had with Speaker Madigan were often sensitive and the matters discussed were of great importance to each of us and to our respective constituencies: Speaker Madigan's to the public and mine to my clients. I cannot stress enough that these issues relied upon the absolute integrity of the interested parties. The trust that was forged formed the

foundation of our relationship. It may be of interest to note that Speaker Madigan and I are on and always have been on opposite sides of the political aisle.

In the early years, my contacts with Speaker Madigan, as mentioned, were mostly professional and business matters, but over the course of the years, I became friendly on a more personal level with Speaker Madigan and he with me. Indeed, together we have spent time on international travel throughout Turkey with a delegation of business, legal and governmental leaders interacting with similar counterparts in Turkey in meetings and social gatherings. On another occasion we spent time together on a similar type trip and delegation in Northern Ireland. I often think that one does not really know another until they have spent time together traveling. So I can say with certainty that I got to interact with Speaker Madigan on many different levels and over many years. We found ourselves to be kindred spirits with a shared love and interest in all things political, legislative, and especially a shared passion for history. Together we spent many hours discussing the great figures of history, particularly Winston Churchill, General Eisenhower, the Ottoman Empire, not to mention domestic luminaries. Speaker Madigan in many ways was a mentor to me though I am not sure that he knows that. He was always patient and kind and considerate in our many extended conversations.

I'd like to share an anecdote unrelated to our personal friendship as an observation of Mike's kindness and character. One evening we were seated at dinner after a particularly long day in eastern Turkey, and a travel companion who was interacting with a waiter who didn't speak English became increasingly and noticeably impatient. It was a large group, and we were all tired; the tension rising. Speaker Madigan was next to interact with the waiter, and he took particular pains to be patient and reassuring. If one was paying attention, and I was, (as were others), it was immediately apparent that Mike very graciously diffused an awkward and tense interaction. He did so without condescension to our erring colleague and without rebuke. I don't want to represent that this was high stakes

diplomacy, but it told me all I needed to know about the quiet kindness of a very powerful man.

In short, I consider myself to be very lucky to have such a thoughtful friend in Mike Madigan and look forward to many years of continued friendship.

Please don't hesitate to contact me if you need any additional information.

Respectfully submitted,

*William K. Cavanagh*

William K. Cavanagh

# ROGER C. CLAAR
## Mayor Emeritus

May 12, 2025

Judge John Blakey
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Courtroom 1203

Re:  Michael J. Madigan

Dear Judge Blakey:

I am honored to write a letter for Michael J. Madigan.  As a proactive Republican Mayor of Bolingbrook, Illinois for over 33 years, I realized early on that I needed to have a relationship with the Governor's Office and the Illinois General Assembly.

The Governor's Office was easier than the Illinois General Assembly.  Several of his staff members were assigned to work with municipalities.  The Senate was 59 members and the House with 118 was more difficult. Turnovers and the consequences of tough elections made it somewhat a revolving door with individual members.

What made working with Members of the Illinois House much easier was the **strong leadership** of the Speaker. The fact that Mike Madigan was elected Speaker generally by a unanimous vote of the Democratic members speaks for itself.  **He was fair and trustworthy, listened to everyone and exerted strong leadership to coalesce people on the various issues.**  If you wanted to know what might happen with a particular Bill, you could call his office and they would give you a general estimate on its' eventual passage or failure.  That alone was comforting when you were trying to manage a municipality of 78,000 people.

Several years ago when Bolingbrook was trying to resolve a Lake Michigan water source that was expensive, we encountered problems with neighboring communities.  The legislation we needed was complicated and was opposed by some.  I spoke with Speaker Madigan and explained exactly what we were doing.  He asked a series of very probing questions along with follow up questions to my answers.  When we finished and he indicated he could support our legislation, it was a tremendous relief.  "I knew we could trust his position."

Strong leaders often attract more criticism than mediocre or weak ones.  People don't realize that somebody has to step up and lead.  **Mike Madigan did that!**  I didn't often agree on ideological, philosophical or political reasons, but I was always given an explanation of why not it could or couldn't be done!  **Trusting your elected leaders is absolutely necessary and you could trust Mike Madigan.**

His approximate **50 years of service to the residents of the State of Illinois** will probably never be matched. **That in itself deserves recognition**.

Thank you very much,

Roger C. Claar
Mayor Emeritus
Village of Bolingbrook



# JERRY F. COSTELLO
MEMBER OF CONGRESS (RET.)

May 2, 2025

Honorable Justice Blakey
Northern District Federal Court
219 South Dearborn Street
Chicago, IL. 60604

Dear Justice Blakey:

I respectfully submit this letter asking the Court to take into consideration the many positive contributions Mike Madigan has made throughout his long and distinguished career in service to the people of Illinois.

I have known Mike Madigan since 1981. I first met him during my tenure as Chairman of the St. Clair County Board and continued to work with him closely throughout my 25 years in the United States Congress. Over the years, I often turned to Mike for advice and counsel. While I may not have always agreed with his perspective, I always valued his honesty and unwavering commitment to doing what he believed was in the best interest of the people we served.

My father once told me that if, over the course of your life, you can count on one hand the people who are hardworking, honest, and unafraid to tell you the truth, you are fortunate. Mike Madigan is one of only two people I've encountered who fits that description.

On a personal note, Mike has always shown me sincere kindness and concern. When my parents and brothers passed away, one of the first calls I received was from Mike. Six years ago, when I was hospitalized following major surgery, the first call I received—outside of my immediate family—was from Mike. When I contracted COVID, it was Mike who reached out to make sure I was taking it seriously and taking care of myself.

I share these personal experiences not to highlight my relationship with him, but because I believe they reflect who he truly is: a compassionate and genuine person. I am confident that I am just one of many people to whom Mike extended this same level of concern and care throughout his career.

## THE JERRY COSTELLO GROUP, LLC



Honorable Justice Blakey
May 2, 2025
Page #2

Having worked alongside elected officials and business leaders from across the country, I can say with conviction that few have had as profound and lasting an impact on their constituents as Mike Madigan has had on the people of Illinois. That is the man I have known and respected since the day we met.

Your Honor, I respectfully ask that you consider the entirety of Mike Madigan's service, his character, and the many lives he has positively influenced over the years.

Sincerely,

Jerry F. Costello

15 April 2025

Hon. John Robert Blakey
Chambers 1288
Dirksen Federal Courthouse
219 S. Dearborn Street
Chicago IL 60604

Dear Judge Blakey:

I've known Michael Madigan since I joined the Illinois House of Representatives in 1979.  As we come from different wings of the Democratic party, we didn't start out on the same political page.  I'm an independent lakefront progressive. Mike is a regular Democrat who ably served his blue-collar constituency.

In spite of our different perspectives, we shared many of the same values: support for the little guy, the laborer, the ratepayer.  We learned to trust one another and we learned to work well together.

When I chaired the House Revenue Committee, Mike sent letters recusing himself from bills he thought presented possible conflicts of interest.  The bills he identified included those that could have affected, for good or for ill, his law firm's practice.  He meant what he said.  I know of no instance in which he asked anyone to vote for or against any of the bills on his recusal list.

That straightforward approach is how he worked with me, too.  On issue after issue, I've never known him to fudge the facts.  I have only known him to tell the truth.

When someone—colleague, friend, stranger, staffer— asks Mike for help, Mike does his best.  He doesn't ask what's in it for him.  Here are just two examples.  He had a letter from a woman, unknown to him, who'd moved to California with her

son and granddaughter.  Her granddaughter's dream was to go to the University of Chicago.  She was on the wait list.  Could Mike help?  He did.  Her granddaughter's dream came true.

A northwest side pediatric dentist introduced himself to Mike at a civic dinner.  He told Mike he'd gone to St. Ignatius, as had Mike, and he was having trouble with the state's Medicaid program.  Could Mike help?  The doctor's contact information found its way to me.  It was my job to make sure that our legislative colleagues and the policy makers in the executive branch understood his concerns.  His voice was heard in Springfield because Mike took the time to respond.

I enjoyed learning from and working with Speaker Madigan.  He provided me wide latitude to pursue novel legislative ideas.  On many major issues he turned to me to work with stakeholders to fashion solutions.  He gave me a lot of scope both as a lawmaker and as Majority Leader. I owe him a lot and I am deeply grateful.

As you consider sentencing options, I hope you will take into account Mike's many good intentions and good works.  In my time in elective office, I have met few who have matched Mike's commitment to public service and none who has surpassed it. Thank you for your time and for your attention.

Sincerely,


Barbara Flynn Currie

March 26, 2025

The Honorable John Robert Blakey
U.S. District Court for the Northern District of Illinois
RE: Michael J. Madigan

Dear Judge Blakey,

My name is Julie Curry and I currently reside at                                    Illinois. I am writing
this letter in support of my friend and former colleague Michael J. Madigan.

By way of background, I first met Mike 31 years ago, when I was running for a seat in the Illinois House of
Representatives. I was elected in 1994 and served the people of the 101st District (Decatur/Central
Illinois) in the Illinois House from 1995 – 2003. In January of 2003 I resigned from the General Assembly
to take a position as Deputy Chief of Staff in the office of the Governor. For the last 20 years I have
worked as a state lobbyist and consultant at Curry & Associates, LLC.

Before my election in 1994, I had only met Mike just a handful of times and most of our interactions
were brief. However, that all changed when I was assigned a seat on the Illinois House floor next to Mike
in my first term. During that time, I got to know Mike not only as the leader of our caucus, but I also got
to know him as a person and friend. I respected his work ethic, his truthfulness, and his ability to listen
and solve problems. He was a quiet, patient, thoughtful and honest leader. I valued his advice and relied
on his years of experience when making decisions. Now we did not always agree on every issue or piece
of legislation, but he always respected my opinion and decisions that I made.

Over the course of the past 31 years, I have gone through my share of personal difficulties and Mike
Madigan was always there lending his support and friendship. For example, soon after I was elected to
my second term in the House, I gave birth to my son Evan. I was not able to take a maternity leave
because I needed to be in Springfield for the legislative session. Mike made sure that I had everything
that I needed to take care of my infant son. It was simple things like ensuring that I had a parking spot
close the front door of the Stratton office building so I could get in and out of the building a little easier,
or an office that was a little larger so I could bring the baby's portable crib. He made being a new mom
and a state legislator a lot easier to manage.

Even after I left the General Assembly, Mike would call to check on our family. When Evan was 10 years
old, he had major surgery on one of his kidneys. While he was in the hospital Mike called to check on his
progress several times. When my youngest brother and father passed away a few years ago, Mike was
there again, quietly supporting and helping our family during a difficult time.

Mike has spent his entire adult life in service to others. This is just who he is just who he is, quietly
helping others while asking for nothing in return. This is the Mike Madigan that I know.

It is my sincere hope that you will take into consideration the information that I provided when
determining Mike's sentence. Thank you!

Sincerely,

Julie A. Curry

Judge Blakey,

My name is John C. D'Amico. I served in the General Assembly from 2004-2021 and now I am the Political Director for Plumbers Local 130.

My family has known Mike Madigan for decades. He is a truthful man, who mentored me when I wanted to become a State Representative. Mike would take the time to call and set up meetings to hear how the campaign was going, ask about my district, and my well-being during every election. He instilled the best way to be involved and represent the district is to go out, canvass the district, knock on doors, and start conversations with all my neighbors. He would ask about progress and always had words of encouragement after walking on the freezing cold days. He instilled the integrity he has in me, which is to tell the truth and give my very best. Knocking on doors was my way of connecting with my neighbors to show I am someone they can depend on and talk to regarding any problems. Mike Madigan is a true leader who taught me how to get in touch with everyone in my community and how to do my best by representing my neighbors.

Over the years, we have built a great friendship, and I consider Mike family. He has always gone out of his way to ask how my family is doing. Mike is always there to listen, give advice and encourage. Unfortunately, both my parents have passed away in the last 10 years and Mike was there to offer condolences and support. Aside from the condolences, we would meet up to reminisce about memories we had of my parents and my uncle as well. Honestly, these conversations help keep their memory alive. Mike understands how important family is not just to me but to him as well. Family provides a foundation of unconditional support and Mike does that with everyone he meets. He is a man of integrity and people know they can depend on him. In the last two years, my wife and I were blessed with our two daughters getting married. Mike was invited to both weddings but could not attend. Even though he could not make the weddings, he went out of his way to make sure we got together to talk about every detail of the wedding. He truly cares about everyone around him and is there during the good times and bad.

Mike is a family man, a leader, and a friend. He always prioritizes his family and encourages others to do the same. As a leader, he inspired and guided me to get involved with everyone in the community so I can truly represent them. As a friend, Mike is always there to offer support during the best and worst of times. Mike Madigan has been a positive influence on my life. I appreciate you taking the time to read this letter and ask that you consider who Mike is as a person when determining his sentence.

All my best,

John C. D'Amico

Monique D. Davis
Illinois House of Representatives (Retired)

March 12, 2025

The Honorable John Robert Blakey
Judge of Northern District of Illinois
United States District Court

Re: Sentencing of Michael J. Madigan

Dear Judge Blakey,

I first met Mike in 1986 after I was elected to my first term in the Illinois House of Representatives. As an educator, mother and lifelong resident of the southside of Chicago, Mike and I share similar views and values related to raising families, public education and economic development outside of the central business district of Chicago.

One of the first qualities that I noticed upon meeting Mike and still respect to this day is his desire and willingness to respect and understand the perspectives of others. He has always shown respect to be inclusive and promote diversity within our caucus. To me that is a unique quality that allowed us to build a lasting friendship and more importantly allowed me to represent the concerns of the constituents who elected me to represent them at the state Capitol.

Throughout the years Mike has been the same person as when I first met him. We have always stayed updated on our families and supported each other whenever necessary. During difficult times, people will always offer kind words of encouragement and support, but Mike is different. Mike has always shown that he cares with his time and dedication.

One time I will never forget is when he attended the funeral for my late sister Jocelyn. I did not invite him or even tell him when the services would be held but to my surprise, he and his wife attended. Knowing he had such a busy schedule and a family of his own, during such a difficult time for me and my family his support was truly a comfort. It is through those sorts of actions that I've forever respected and known the type of man that Mike truly is. He is a man of his word and has consistently shown up for his family and friends time and time again.

I respectfully ask for you to consider this when making your sentencing decision.

Respectfully,

Monique D. Davis

Richard A. Devine

Tuesday, May 13, 2025

Honorable John Robert Blakey
United States District Court
Northern District of Illinois
Dirksen Federal Building
219 South Dearborn Street
Chicago, Illinois
60604

**Re: Michael J. Madigan**

Dear Judge Blakey:

I am writing to provide my personal insight into the career of Michael Madigan to assist you in the sentencing in his case.

I have known Michael Madigan for several decades, as we were both involved in government and politics. I served as an administrative aide to Mayor Richard J. Daley from 1969-72; as First Assistant State's Attorney from 1980-83; as President of the Chicago Park District in the early 1990s; and as State's Attorney of Cook County from 1996-2008.

My primary interactions with Michael Madigan were when I served as State's Attorney of Cook County. Two matters in particular reflect his approach to dealing with our office and the criminal justice system.

I took office in 1996, and the first important initiative in our office was the Juvenile Justice Reform Act. The purpose of the proposal was to establish in Illinois the concept of balanced and restorative justice. The object was to focus on outcomes in juvenile cases that would assist the victim, the community and the juvenile offender in dealing with the consequences of the crime charged. For example, a young person charged with painting graffiti on a garage might be required to apologize to the owner and repaint the garage while also engaging in counselling rather than serving time in a juvenile facility.

In 1997, a number of people from our office went to Springfield to advocate for this new approach. Needless to say, there was some substantial opposition to the proposal. Speaker Madigan met with us and reviewed the substance of the legislation in some detail. He had obviously reviewed the materials with his staff in some detail.

We had a productive meeting, and he agreed to support the proposal. At all times, he focused on the merits of the legislation and how it would affect the community and the criminal justice system.

Once on board, he never waffled or played games based on any political considerations. He was, as he has always been in my dealings with him, a man of his word. As I'm sure you know, this is not always the case in politics or life in general.

Page 2
Judge John Robert Blakey

Several years later, the Illinois Supreme Court invalidated a number of criminal justice laws because the original bill violated the single subject rule. This created a major challenge for the criminal justice system, as several of the laws were important parts of the process.

A number of prosecutors, including myself, went to Springfield in an effort to restore the key laws that had been affected by the Court's decision. I met with Speaker Madigan a number of times and his main request was that the Republicans and Democrats get together and create a package of bills that would rectify the problems. I spent several days n Springfield working with the Attorney General and others to do so.

At all times, Speaker Madigan's focus was on the substance of what we were doing. There was no consideration of political advantage or personal advancement in any of his dealings with me. As before, once he made a commitment, you could rely on him to keep it. With the Speaker's leadership, we were able to restore legislation that had been lost.

During my twelve years as State's Attorney, I oversaw our legislative efforts on an ongoing basis. My experience with the Speaker on the Juvenile Reform Act and the criminal justice bills was essentially his approach to all our initiatives. He was interested in the substance of the bills and how things would impact the criminal justice system and the community. He did not play games. If he opposed what we were doing, he told us and gave us the reasons. If he was supportive, he did all he could to move the proposal forward.

He never asked for anything to secure his support. As always, his commitment, once given, was good to the end.

As the elected State's Attorney, I also dealt with Mike Madigan when I was involved in a campaign. The most important of those was in 1996 when I first ran for State's Attorney. When I embarked on that venture, I was very much an underdog because I would be running against a popular incumbent, Jack O'Malley.

I visited with almost all the Democratic political leaders to secure their support. To be honest, there wasn't much competition for the Democratic nomination because very few people thought O'Malley could be defeated. I won the Democratic primary without opposition.

The general election was a different matter. I was way behind in the polls from the start, and many of the party's leaders were not anxious to secure the enmity of the incumbent.

Mike Madigan was the exception. He supported my candidacy from the start, and never wavered in that support. He was an important part of the campaign because he was the leader of the Democratic party in Illinois. He included me in all the major efforts to secure the vote, including a strong campaign for straight-party voting. (This is no longer allowed, having been knocked out by the Republicans, due in no small part to my win.)

Page 3
Judge John Robert Blakey

As with legislative matters, once Mike Madigan gave his word, you knew you could count on him. He never wavered in his support, and he never asked me for anything personal or political in return.

I was re-elected twice and ended up serving twelve years as State's Attorney. It was the most rewarding part of my professional life, and Mike Madigan is one of the people to whom I owe a great for that.

During those years, I saw Mike on many occasions, and we would have a chance to talk about various things. We are both Sox fans, so we enjoyed their one great season and commiserated with each other on less successful ones. He told me once that he and his son were going to visit as many major league parks as possible that summer. It was, to me, an indication of a regular guy who was very much a family man.

I have attempted to show in this letter that, in my experience, Mike Madigan was a thoughtful and dedicated legislative leader who was focused on doing what was best for out community. We did not always agree, but any differences were based on substance and not on personal considerations. When he was supportive, you could go to the bank with it, knowing he would always keep his word. In my many years in government, that is a quality not known in abundance.

In sum, in his dealings with me, Mike Madigan was always honorable and professional. It's hard to ask for more.

Respectfully submitted,

Richard A. Devine

# GOVERNOR JIM EDGAR

March 31, 2025

To Whom It May Concern:

I have known Mike Madigan for nearly 50 years. Initially, we served together in the Illinois legislature. Later, I dealt with him when I served as the director of the Governor's legislature office, then as Secretary of State, and in my two terms as Governor.

During those eight years as Governor, Mike and I interacted with each other weekly and even daily during the legislative session. Throughout those many years, I found Mike Madigan to be a person who always kept his word, and that is somewhat unusual for people in that world.

He also was the one person who you wanted on your side when you went into a legislative battle to get important and difficult things done in Springfield. Whether it was passing legislation to help poor school districts (which required tax increases), creating a minimal funding foundation for all schoolchildren in Illinois, or stopping additional pension benefits which the State could not afford, Mike Madigan was willing to do the right thing, even if it wasn't the political thing to do. We certainly had our differences and some major political battles, but ultimately, he always was willing to compromise and solve the problems facing the state.

On a personal basis, he asked the least from me of any of the legislative leaders I dealt with over the years. When I served as Secretary of State, he only once asked me to hire one of his constituents. The person seemed to be well qualified for the job, and I told him I would hire him, but the person had to do the work. After a month on the payroll, the person never showed up. I called and told Mike. He said he would have the person's resignation on my desk in two days, and he did. Looking back, I think the episode with that individual embarrassed him, because he never asked me to hire someone again.

Page 2
March 31, 2025

When I was Governor, he asked me for just one favor. He waited until the legislative session was over -- after all the compromises on public policy issues had been completed. He asked if I would allow his wife to remain as Chairman of the Illinois Arts Council. I told him I would for two years, and then I would appoint a Republican to that position. Two years later I did just that, and he never questioned my action.

Over the years I dealt with Mike Madigan, I found him to be someone I could trust and count on when things got tough. Mike made mistakes -- as we all did in our professional careers -- but he did far more good in making this state a better place to live

Sincerely,

Jim Edgar



May 12, 2025

The Hon. John Robert Blakey
United States District Court for the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Dear Judge Blakey,

Please receive this letter as my expression of support for Mr. Michael J. Madigan based off my years of direct interaction with him. My knowledge of Mr. Madigan and his role as Speaker of the House of Representatives and figure in the Illinois Democratic party began in 2002 when I started my political volunteer activities, eventually becoming an alderperson staff. Ten years later I was appointed as State Representative and our direct work and political interaction started. Over the years I have only known and observed him to be an honest person.

As young new representative Mr. Madigan always honestly pushed me to be focused on our unique opportunity to properly advocate for our communities. His example of facing issues honestly and upfront, even amongst friends, which I follow has had a lasting positive impact on my overall life. I believe that Mr. Madigan at this late stage of his life can and will positively impact society, share his vast experiences and be the man to others that helped me.

I respect your service and appreciate your time allowing my advocacy for Mr. Madigan.

All the best,

Marcus C. Evans, Jr.

I met Speaker Madigan over 25 years ago as a member of Laborers Local 165 in Peoria. Being a 3rd generation member of this local and my mother being a member of the waitresses union, I learned the importance of Unions and what it took to keep them. Working hard to get candidates elected that was going to support organized labor and voting. As I grew older, I was elected to the role of Peoria County Democrats Chairman, in which I held for 20 years. During this time I worked with Seaker Madigan on numerous campaigns and projects. The one project that I felt very important was the possible closing of the Keystone Steel and Wire Co. in Bartonville. Along with Sen. George Shadid, we met with the Speaker about our concerns. He came and toured the facility, talking with employees and then worked with the elected officials for that area, Democrat and Republican to get the funding to keep them open and saving the jobs, homes and livelihoods and more of over 1000 families. It was given to them as a loan that was paid back to Peoria County that could be used for infrastructure etc. in which created more jobs. It is still open to this day, but, has been sold.

That showed me he cared about the families of Illinois.

We also had a personal friendship in regards to baseball. We both were White Sox fans and when Jim Thome went to the Sox we talked about that. Jim was from Peoria and I grew up around his family since high school. He would tell me what a great guy he was.

He also told me about him and his son traveling around the country to visit every MLB ballpark. I thought that was very cool and what a father and son relationship.

I'm writing this letter not only is Speaker Madigan an elected official, but he is also a man that cares about the needs for the families of Illinois.

Billy Halstead



March 26, 2020

Dear Judge Blakey:

My name is Gary Hannig. I represented several downstate communities in the Illinois House of Representative between 1979 and 2009. Mike Madigan was the House Majority Leader when I was elected in 1978.

I also served as Illinois Secretary of Transportation for Governor Pat Quinn from 2009 through part of 2011. I was the Director of Legislative affairs for Governor Quinn from 2011 through 2014. I worked with the lobbing firm of Morrill and Fiedler from 2015 through 2022. I am currently retired and living in Litchfield, Illinois.

I remember a meeting in the Speaker's Office when word came that my wife had been a passenger in a car accident. Although there were several other legislators in the room, Mike immediately paused the meeting and told me to go call my wife. Luckily, she was fine and I returned and the meeting resumed. This is a small illustration of how Mike would put family over business. He extended every courtesy to people who were dealing with family issues. This is the Mike Madigan I know.

Many years later, after I had left state government, my father passed away. Mike sent my mother a very nice condolence card that helped her get passed the grief. The is the kind of man Mike Madigan has always been. He helps people.

As a freshman legislator, Mike taught me the value of being honest and keeping your promises when speaking with others on legislative issues. There are many in the legislature who do not feel that they need to keep their promises but that is not Mike Madigan. In all the years that I worked with him as an ally and sometimes as a political foe, Mike was always straight forward and honest in his discussions with me. In my experience, his word was always good.

We all have our frailties in life. I know I have mine. But in the end, we hope the good we have done outweighs our shortcomings. I know that Mike Madigan has done much good for many people. I hope that his many good works will not be forgotten.

Sincerely,

Gary Hannig

Hon. Robert Blakey
U.S. District Court, Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Judge Blakey,

I am writing in regard to the upcoming sentencing hearing of Mike Madigan. I served as State Representative of the 13th District from 2006 until 2023. I was called as a witness in Mr. Madigan's trial and the Government called me as a background witness in other related trials. I say this only to indicate I am aware of the basics of the allegations underlying the charges he was convicted of. I am not writing to you about the facts of his case, but rather to share a little of my professional experience with Mr. Madigan on consequential issues of public importance, and specifically to discuss the times that Mr. Madigan used his position and influence as the Speaker to advance major LGBTQ rights legislation at a critical juncture in the national marriage equality movement.

When I joined the House of Representatives at the end of 2006, one of the first things I did was meet with then Speaker Madigan to let him know that one of my and my constituents' top priorities was to pass a marriage equality law in Illinois. At the time marriage equality was legal in just a handful of states, and the debates about the issue nationwide were extremely hard fought and emotionally charged, with powerful forces on both sides.

Speaker Madigan listened carefully to my discussion of the issue, had several substantive questions about the interplay of the constitutional issues of equal rights and religious freedom, and talked about the strength of opposition the effort would face, as well as his view of the political landscape for it in different parts of the state. He also told me to keep him informed on the progress of our organizing and lobbying efforts and offered at that first meeting that he would help with the effort whenever he could.

In February of 2007, I introduced a marriage equality bill for the first time and began the work to educate my legislative colleagues and build support. I continued to file that legislation and work with advocates and allies on the issue every year. Mr. Madigan was always helpful with my efforts. The battles were emotional and hard fought by both proponents and opponents. In November of 2010, Illinois took the first step and the General Assembly approved SB1716, the Civil Union Act, by a very close vote with Mr. Madigan both supporting the bill and voting 'yes' when it came up for a vote that year.

The work on full marriage equality continued, and 3 years later in 2013 we were ready for a vote of full marriage equality for our State, one of only 11 states able to do it legislatively, without judicial intervention. The hope was for the bill to pass the House on the final day of the Spring Session, but at the last minute, opponents of the bill were able to pull off some Representatives who had previously indicated they would be 'yes' votes, and consequently I did not call the bill for a vote.

Both sides ramped up their efforts around Illinois in grassroots organizing, politics and advocacy. Strong voices from the business, labor and faith communities weighed in, both for and against the marriage equality law, as did community leaders and editorial boards across the state. In the 2013 Fall Session, the proponents thought we were close enough again to succeed. Speaker Madigan actively assisted in advancing the bill and to get it to a final vote. In the final days leading up to the vote, Mr. Madigan personally lobbied several members who were on the fence or nervous about their vote and was able to convince them to remain solid 'yes' votes. He also stood and spoke to the House in support of the bill, quoting from the late Pope Francis as a further message of support. He could have sat on the sidelines of this controversial issue, but instead he actively supported it and did what he thought was right.

Mr. Madigan's steady support for this incredibly important – and politically complicated – effort was critical to the eventual passage of the Marriage Equality Act in 2013. His efforts over the years, including his work to get the bill to final passage, is one example of Mr. Madigan using the influence of his position as Speaker to accomplish what I believe was a truly laudable public goal, and he did so because he believed it was the right thing to do.

I ask that you take into account all the good things that Mr. Madigan helped to accomplish for the citizens of Illinois over his years as Speaker, and not just the misdeeds that were the focus at his trial, when you consider the appropriate sentence.

Thank you for considering this letter.


Sincerely,

*Greg Harris*

Former Representative Greg Harris

The Honorable John Robert Blakey
Circuit Judge
United States District Court-Northern District of Illinois
219 South Dearborn Avenue- Room 1288
Chicago, IL 60604

Dear Judge Blakey,

I know you don't know me and are probably inundated with letters on behalf of Mike Madigan. I pray and trust that you will consider the complete person Mike Madigan with fairness, and I hope mercy. My name is Kevin Joyce. I grew up on the southwest side of Chicago as the youngest of 4 boys born in 4 years. Before I was in kindergarten, my father was elected as the Alderman of the 19th Ward of Chicago. Four years later, my father was elected to the Illinois State Senate. That was when I first met Mike Madigan. I was 8 years old and by the time I was 10, I was aware that my father and Mike were not personal or political friends.

However, it wasn't until I was 31 years old that I really came to know Mike Madigan. I was elected to represent the people of the 35th District in the Illinois House of Representatives in 2002. I served until 2010 before making a career change sparked by the expected birth of our 8th child. Today, I live in Ave Maria, Florida where my wife and I have been raising our 11 children and I work as the Senior Director of Development for The Catholic Extension Society of the United States of America, an organization founded in 1905 dedicated to serve the poorest communities in the United States.

When I arrived in Springfield to serve my community, the informal education of my youth spent with my father served me well. I understood the legislative process better than most newcomers. But it was Mike Madigan who taught me to always ask why this impacts your community and how can we make it better for the community.

My first major accomplishment for my community was taking on a powerful and at the time, rather ruthless railroad company. Mike listened to the negative impact this company was having on our community and their decision to ignore the community and helped me work through a solution to resolve the issue. This action was celebrated as a great victory for the quality of life both economically and environmentally, in our community. Mike never took any credit, though I know I couldn't have achieved this without his steady guidance and reminder to always ask why this matters and how do we make it better. The same can be said for his efforts on many other matters including a transformational policy change that had virtually no support among state university officials or anyone else in Springfield. College students and their families throughout the state and particularly in my district were getting consistently jolted by as much as 30% tuition increases, annually at state universities. While I led the charge as a response to these students and their families in my district, on this change, it was Mike who answered the why and the how by meeting with students and university leaders and ensuring the successful enactment of the "Truth in Tuition" law in the state, where every Illinois student was guaranteed the same tuition for 4 consecutive years at state universities.

But to truly know Mike Madigan, one must understand his heart for the marginalized and his understanding that people are more than their current circumstances in life. Whether it was his drive to improve public education, provide funding for the homeless, veterans, the elderly, those suffering from

mental health, those suffering from addiction and especially those born with disabilities, I witnessed Mike work harder than anyone to not just provide funding and policy support but insist the dignity of each person be respected and protected.

I felt that same care and concern from Mike on a personal level. It wasn't until I had left the state legislature and the state of Illinois. I was diagnosed with a very rare form of cancer in 2011, a year after we had moved to Florida. I didn't want people to know. It was supposed to be kept between my family, my doctors and my God. With a large family, that proved rather difficult. Mike somehow found out and that's when the letters and calls started coming. I never considered Mike to be a "friend" during my service and I doubt he considered me in that light, especially since I am 30 years his junior. But that first call I received was not only uplifting and warm but encouraging and helped me to proceed with my extensive treatments for this cancer that had only afflicted 86 people in the world. That act of kindness and concern, I will never forget. I wasn't in Illinois yet alone, involved in politics or government. While I always saw Mike has having a heart for those in need, I never saw him outside of government or politics. Upon reflection, it all made sense to me. While his style and personality are unique, his drive and reason for action have always been centered around a moral compass to help those in need.

Lastly, I was not asked to write this letter, and I know many factors beyond my competency of the law must be weighed. I just felt morally compelled to let you know that I truly believe Mike Madigan to be an honest person who has consistently worked to improve the lives of our society's marginalized. I hope you can take this into consideration and include mercy in your discernment process.


Gratefully,

Kevin C. Joyce

JUSTICE THOMAS L. KILBRIDE (RET.)
ILLINOIS SUPREME COURT
DECEMBER 4, 2000 - DECEMBER 6, 2020

April   2025

Judge John R. Blakey
United States District Court Judge
219 South Dearborn Street, Rm. 1288
Chicago, IL   60604

Re: Michael J. Madigan

Dear Judge :

I write to share my firsthand knowledge of Michael Madigan as a public official and a family man. While serving on the Illinois Supreme Court for twenty years and practicing law in the Illinois Quad Cities for the previous twenty years, I got to know Mr. Madigan (Michael) in a variety of capacities. Initially, I came to know him during the constitutionally mandated process of being elected to the Illinois Supreme Court. Later, during my tenure as the Illinois Supreme Court Chief Justice, I again worked with Michael, this time in his role as Speaker Madigan. We both participated in the annual meetings of the court and the legislature to address the Illinois court system's budget requests. Each time, I found Michael to be a consummate professional and a competent, no-nonsense, and reliable communicator. He always gave me the "straight story" on the budget and other court matters.  In my experience, he is a man of many admirable talents.

Over the years, I have come to know Michael and his family more personally. Of course, I got to know his daughter Lisa in her role as the Illinois Attorney General. At various social events his wife Shirley was also present. Shirley and Lisa, both impressed me as members of a strong, solid family.

Based on my personal and professional knowledge of Michael, I respectfully pray that he will receive a sentence that puts his many talents to good use in the service of others. His experience and skills would be invaluable to any number of charitable nonprofit organizations. Although I have not been privy to the full trial story, and my view is limited to my reading of newspaper articles, Michael's misdeeds appear to be his first offense and to have had minimal financial impact. I humbly hope that you will consider my insights into Michael's many fine qualities and my belief that he is a good man when you craft a sentence proportionate to the impact of his misdeeds.

Respectfully,

Thomas L. Kilbride

Thomas L. Kilbride

pc: Michael J. Madigan
TK:st

To whom it may concern

I first met Mike Madigan in 1970 when he was campaigning for the Illinois General assembly. I was out in front of my bungalow in the 23rd ward of the city of Chicago. He introduced himself to me, as I had never met him before. He looked quite young. He was four years younger than I. He was quite friendly. He didn't seem to be in any rush so I asked him a few questions about his positions on issues affecting the citizens of Illinois. He was very knowledgeable and spent a lot of time explaining to me why he had these positions and how he felt they would help the state of Illinois better serve its citizens. I voted for him in that election, and he was off to a fantastic career in the Illinois General assembly. I worked for the Chicago Park District recreation department at that time. I was also a Democratic precinct captain in the 23rd ward. Over the course of the next four or five years I got to know Mike somewhat better. I set up a youth foundation for his ward organization, which conducted athletic events, artwork, events, and essay speech events. Mike was always very much interested in the next generation. Sometime in the early 1970s Mike asked me to run with him for a general assembly seat. Unfortunately my Democratic Ward Commiteeman in the 2:3rd ward had someone else in mind. But as so often happens things worked out better for me. By early 1975 1 had become the Ward Commiteeman and the Alderman of the 23rd ward in the city of Chicago. This made me a Democratic party partner with Mike Madigan in trying to elect Democrats citywide, county wide and state wide. It also brought me into wanting my ward to be the best ward in every election. I was the Committeeman for 30 years. There were countless elections in that period of time and we only did a better job once than Mike Madigan's 13th ward. Over the course of those years people would ask me if Mike Madigan was the smartest person in or out of political life that I knew. My answer was he smart, but not that much smarter than the next smart guy. The key to his success was twofold. He worked harder than any man or woman in or out of politics and government I ever knew and his word was his bond. He never lied to me and i never met anyone that said he lied to them. If you asked him a question or for some help, he was always straightforward. Never mixed words he would say yes or no, never perhaps or maybe. You always knew where your request for help stood. He was always Mr. Integrity. He and I often backed rival local candidates. Some I won. Some he won, but we continued to be friendly rivals because I had great respect for his integrity and his political skills. Skills that helped the state of Illinois greatly on countless occasions. I stopped being any kind of rival to Mike when I became involved in a primary election against a good friend of Mike's and mine, a fellow congressman, Marty Russo. The support of Mike and his organization was critical to who would win the congressional seat. After Marty told me he was going to run not in the district where he lived, but in the district where I lived, I immediately called Mike and asked for his support. There was no hesitation at all. He simply said, " With you, Bill". He didn't ask for anything in return at that time or anytime in the future. In fact anytime he helped me with anything he never asked for anything in return. He's the only man in politics I dealt with that was actually that way. After I left government and politics I became a very successful lobbyist on the local, county, state and federal level. One of my proudest achievements in life has been never asking Mike Madigan for help to obtain a lobbying or consulting contract. I guess that just goes to show you i have a pretty big ego and I want the world to know i didn't need Mike's help. In closing I would like to say i am a very blessed person for many reasons. One of these is for my relationship with Mike Madigan. It has been an honor to call him my friend and be called by him a friend .This world is a much better place for Mike being in it and contributing so much to it.

I know him firsthand to be an outstanding husband and father and believe me that can 't be said about too many men in public life.

April 3, 2025

Honorable Judge John. R. Blakely
United States District Judge
210 S. Dearborn
Chicago, IL. 60604

Your Honor,
My name is Joe Lyons. I had the honor and privilege to serve in the Illinois House of Representatives for 17 years. Additionally, I was elected by my peers to serve 8 years on Speaker Madigan's leadership team. I also had the extreme privilege as an Assistant Majority Leader to serve as Acting Speaker much of that time, presiding over the chamber's daily legislative calendar.

I personally first met Mike Madigan years before I became a member of the General Assembly. Our sons both ran cross country while in grade school, and both Mike and I dutifully attended their early Saturday morning meets! Later, when my son, Joey, was a freshman at Quigley High School, I asked Mike for a donation for his school fundraiser. He donated above and beyond what I expected resulting with Joey being the top fundraiser in the school!

I witnessed on many occasions over the years that I served with Mike how he helped people with a phone call, a donation to a cause, and support in ways most will never know. Mike is a quiet man and a solid guy. It is unfortunate so many of his significant traits and selfless contributions to many over the years are now shadowed by his conviction. With all the references to Mike as the "Velvet Hammer," I know personally, underneath, there is a very generous heart. Our casual dinners together in Springfield over the years always included sharing family stories; his love and devotion to Shirley, Lisa, Tiffany, Nicole and Andrew was obvious.

Personally, as a statement of my character, I am a Catholic who attends daily Mass and I am a professed Third Order Franciscan. Professionally, I have received numerous honors from Catholic Charities, Maryville, the Franciscans, and others during my tenure in the House of Representatives. The point of this being I would not write a letter on Mike's behalf if I did not sincerely believe in his character as a good and honorable man, a loving husband, and devoted father.

Your honor, my hope and prayerful request would be that you please consider as lenient a sentencing as possible. The judgment by the jury carries with it devastating consequences for the Madigan family. My hope is that this letter may carry some influence on Mike's behalf.

With all due respect,
Pax et bonum

Joseph M. Lyons
State Representative
Assistant Majority Leader
Retired

March 13, 2025

Honorable Justice Blakey
Northern District Federal Court
219 South Dearborn Street
Chicago, IL 60604

Dear Justice Blakey,

My name is Frank John Mautino. I live at ███████████████████████ IL. I have known
Michael J. Madigan since 1991. After the passing of my father, I was appointed to fulfill the remainder of
his term in the House of Representatives where I continued to serve for 24 years. During that time, I
worked with Mike as a member of the Democratic Majority. Prior to leaving the House of
Representatives in 2015, I served as the Democratic Caucus Chair, Assistant Majority Leader, and Deputy
Majority Leader. I worked closely with him on a daily basis for more than a decade during sessions. He is
my friend.

We met as a leadership team every Sunday for bill review from nine am until early afternoon.
Additionally, we met every day before and after session to review the days work and issues that would
face Illinois while the legislature was in session. Mike has an unrivaled work ethic which he used to
effectively navigate issues for members of both parties, daily operations of the House of Representatives,
operations of the Democratic Party and any number of state crisis's which occurred throughout the past
three decades. I learned to look critically at complex issues with patience and diligence while seeking a
solution through this process. I learned a lot while working with Mike and believe that it made me more
effective at my job and helped me to be a better person.

I felt very comfortable talking to Mike about the needs of my district and family matters. He has always
been willing to help while asking nothing in return. When a small village in my district contacted him and
asked for help with disaster warning sirens; Mike put aid for the Village in the budget and didn't even tell
me. I was surprised when I got a thank you call from the village president. When I asked Mike about this,
he mentioned that he talked to the village president and smiled. On a personal level, when I was
diagnosed with esophageal cancer he checked in on me from time to time and asked staff to help me
manage my work and office which made it less stressful to receive successful treatment. These are just
two of countless memories across the decades that illustrate Mike's compassion and humanity.

When I resigned from the General Assembly I was honored to have his support and friendship. He wished
me success in my future. I still enjoy stopping by and visiting him at his office or talking on the phone.
I'm writing today to ask that you look at Mike's decency and body of work when considering sentencing.

Sincerely yours,

*Frank J Mautino*

Frank John Mautino

The Honorable Judge Blakey,

My name is Jim McPike. The finest man I have ever known is Michael J. Madigan.

I was born, raised and currently live in ▮▮▮▮ Illinois approximately 300 miles south of Chicago and slightly north of St. Louis on the Mississippi River. In 1965, I graduated from the United States Naval Academy at Annapolis, a classmate of Roger Staubach. I then spent 5 years in the US Navy as a jet fighter pilot.

In 1977, I was sworn in as a State Representative and first met Mike Madigan. I started to know Mike better in 1981-82 as a member of his minority leadership team.

After the November election of 1982 when the Democrats won a majority of the Illinois House seats, I flew to Chicago to speak to Mike and asked to be appointed the new Majority Leader. He was non-committal! However, in January 1983, he appointed me as Majority Leader and continued to do so for the next 12 years. It was during this time that I really got to know Mike.

On the very first morning he came to my office and said that many eyes would be on us and that "if we don't do anything wrong, we won't have anything to worry about." The Mike Madigan I know lived by this principle.

Mike and I worked very closely every day for the next 12 years. I had dinner with him, sometimes with others, but often just the 2 of us approximately 800 times.

This is what I learned about Mike:

1. He always tells the truth. He does not know how to lie. Ask him a question and you get a straight answer – the truth. Or you get no answer, just his patented stare. What you won't get is a lie. In my 40 years working in Springfield, I have never heard it said, or even whispered, that Mike Madigan lied to the Governor, to one of the three other leaders, or to any legislator because it never happened. He just does not lie.
2. He is a workaholic. He arrived every morning between 7-7:15am and never left before 7pm for dinner. When he left Springfield, he worked at the Ward office or his law office.
3. He was very knowledgeable. Any legislation he did not fully understand he would ask for a staff analysis 1-3 pages long. It was not unusual for him to receive 1000 memos a year. It was known that he read them while on vacation.
4. He was always patient. The House averaged nearly 70 Democrats during those years. Every single day members came in his office to either complain about something or to ask a favor (his help). He would patiently listen to all complaints and then do his best to resolve them. When someone asked for his help, he never said NO. Mike does not personally like gambling but when I asked him to help me pass the first riverboard gambling bill, he never hesitated. The bill passed.
5. Mike was very tolerant of members' views. Mike was neither liberal nor conservative. He was a moderate in his political views but he respected other viewpoints. Many times, when I was bothered by certain legislator's views, he would say "Jim" look at their district or their neighborhood and you can better understand their views.

6. Loyal. For Mike loyalty is always a two-way street. It seems to me that Mike gives more than he gets but I am positive that he doesn't try to keep track. Nearly a decade after I retired from the General Assembly, I asked Mike for a favor. A friend of mine had a child that wanted to attend the Illinois Math & Science Academy in Aurora, Illinois. Because of Mike's recommendation the child was admitted and graduated 3 years later.

7. Consensus Builder. Early on he counseled me to bring people together. We often dealt with complicated issues where a variety of stakeholders would have opposite positions. He always asked me to get everyone together and find compromises. If I couldn't resolve an issue I would go to him for guidance. He never failed me.

8. Family man. When just the 2 of us had dinner, Mike often would talk about his family. I saw him cry when he thought his son might have a serious medical problem and smiled with joy when it was resolved.

To anyone readying this, it is apparent that I am grateful for all Mike has done for me. But most of that was over 30 years ago. I continued to work in Springfield until December 2017. In all those years that I observed him; Mike Madigan hasn't changed very much. He works hard, has infinite patience, does favors for people and adores his family.

Judge Blakey, I hope you will consider all this when determining Mike's sentence.

Jim McPike



April 12, 2025

The Honorable Judge John Blakey
United States District Court
Northern District of Illinois

Dear Judge Blakey,

I have known Michael Madigan for over 40 years. I arrived in Springfield fresh out of the University of Illinois and began an internship with the Illinois State Senate Republican staff in 1979/1980. Mr. Madigan was a House member and shortly after became Speaker of the IL House.

In the next twenty years as I worked in politics and State government and in the following twenty years as I started a small fundraising and consulting company, I had the opportunity to know Speaker Madigan and his family.

At the end of 1982 I accepted a position at the Illinois Arts Council, now the Illinois Arts Council Agency (IACA) because of a deep love of the arts, particularly theatre and writing. Speaker Madigan's wife, Shirley Madigan, was the gubernatorially appointed Chairperson. With Ms. Madigan in the lead, the IACA supported and nurtured the arts in all forms.

It was at IACA that I first learned to appreciate Speaker Madigan's support for the agency and for his wife. Each year, IACA faced budget and policy questions as the arts often express points of view very different from our own. In controversy, the Speaker never lost his cool, while he accepted this was perhaps considered an "Achilles Heel", because his wife was in charge, he never wavered in his support. He never matched pettiness with more pettiness. He supported the close work Shirley did with members of the GOP, he was a statesman on all issues regarding state funding and respectful of our review panel and jury system for funding decisions.

During my time at IACA I was appointed Director. This included more closely working with the Speaker and other leaders. He was straight forward, honest and a man of his word.

During my time at IACA, Shirley Madigan and I each had a son within a year of each other. We are both City families, so as the boys grew, they met at little league. To my initial surprise, on a Saturday in a park with a ball diamond, there would be Speaker Madigan. A dad hoping his son Andrew would hit the ball and remember to chase a fly ball. He sat along the third base line, not in the bleachers, I am sure it was so Andrew would see him. I know he was and continues to be an engaged and wonderful father.

During a pre-inaugural dinner for a Republican governor-elect in the State Capitol, Shirley smiled down from the third floor. When I ran up the stairs to say hello, there were two darling grand-daughters running all over his private office as he was preparing for other festivities. The girls were clearly familiar with and comfortable in the historic space, it was their grandfather's office. He was clearly delighted to have them with him. I never doubted for a minute that his family time was precious and important.

I would like to add a few words of support for Mike Madigan from my husband, James S Montana, Jr. Jim was an assistant U.S. Attorney under Jim Thompson and worked at two large firms, DLA Piper and Vedder Price. Jim passed away over a year ago. However, he had several occasions to meet and speak with Mike Madigan and always came away very impressed with his knowledge and fairness. Yes, even to another Republican.

Over the years I have crossed paths with the Speaker on many occasions and I stay in touch with Shirley Madigan. They have both been generous and thoughtful to me and my family. I have passed from my twenties to my sixties, a gift of long, good friendship.

I am pleased to have this opportunity to share with you some of the times I have seen Mike Madigan as both a thoughtful leader and also as a loving family man. Thank you for listening.

Best Regards,

Lori S Montana



**CAROL MOSELEY BRAUN**

IN Re Michael Madigan       22CR115-1
Request for consideration

April 17,2025

My name is Carol Moseley Braun. I have known Michael Madigan since 1980, when I joined the Illinois legislature as a state representative from the 25th District. I was fresh from the US Attorney's office, having served as an AUSA for 3 three years. Before that, I had graduated from law school at the University of Chicago, as well as the Chicago Public schools. After a decade in the State legislature- where I served as an assistant majority leader, I went on to become a United States Senator from Illinois and then a US Ambassador to New Zealand and Samoa. I am currently the Chair of the USADF.(United States Africa Development Foundation). I have worked as a private attorney and business owner as well.

I am writing you today to vouch for Madigan, and to share a bit of my personal experiences with the court that I think speak to his character.

He is one of the most diligent and organized people I have ever known. As an independent Democrat, I was told I put my service and career in great jeopardy when I sued him over the 1980 reapportionment. As such, I went out of my way to make a presentation to the 3 judge District court about it. In order to get in front of all the issues in that litigation, one morning I arose before dawn to go the Capital to finish some maps of the state that were at issue. At that point, I lived across the street from the capital, and, unbeknownst to me, Madigan lived in

the same building. When I got downstairs, who do you think I saw, walking a few steps in front of me- but Mike Madigan! I was totally crestfallen to learn that, even at that hour, he was still ahead of me!

I was thunderstruck when I learned he had been indicted, particularly for activity related to his official conduct . I have always known him to be honest, and a credit to his position. Although we shared many difficult decisions, particularly following the election of Harold Washington as Chicago's first African American Mayor, Madigan was always straightforward and true to his word.

That is one of the reasons I was happy to join others in recommending him to you. Even though I was never in his "inner circle" of colleagues and legislators, I always knew that if he answered a question I put to him that his answer would be honest. Having by now traveled the world, and met thousands of people, I can say without reservation that it borders on the tragic and lamentable that he is now ensnared in a corruption case.

I consider myself to be a patriot, and a Christian, and not one to say any of this without consideration of the jury's conclusions. I am simply asking that you consider the entire record of a good man's public service. His years of dedication have earned him as much.


Thank you.

Carol Moseley Braun

Carol Moseley Braun
Chair, USADF 2022-present
US Ambassador to New Zealand and Samoa 1998-2000
US Senator 1992-1998
Recorder of Deeds and Registrar of Titles of Cook County 2000

# JOHN T. O'CONNELL, LTD.

P.O. Box 460

Western Springs, IL 60558

March 25, 2025

Honorable John Blakey

Your Honor:

In 1969, as a 25 year old just out of the Military, I was given an opportunity to work for a retail trade association that sent me to Springfield. Law school, a government affairs position with Walgreens, private practice and 8 years in the Illinois House of Representatives prepared me for a long, satisfying career immersed in the legislature and, in many ways, positively influenced by Michael Madigan.

In the early 1970's I got to know Mike and watched him progress through the political and legislative hurdles to achieve success in a professional endeavor we both shared. In 1980 I was elected to the Illinois House and spent the next 8 years as a member of the Democratic House Caucus. After a few years I was given a leadership capacity that gave me a front row evaluation as to how Mike worked as Speaker. Thousands of bills would be introduced each session which required the Speaker and his team to review. His tireless commitment to succeed required disciplined preparation which meant long hours disregarding weekends or holidays. To understand complicated issues he would bring in experts and brainstorm with them to grasp the essence. Through the selection of competent staff personnel, he would have a working knowledge of every bill that was to be considered for a vote in his chamber as Speaker. He also recruited young lawyers to work on the legal staff providing them with valuable legislative experience in presenting expert analysis of the myriad of bills before them. The one constant throughout Mike's career was integrity. For colleagues, staff or legislative adversaries all knew that Madigan always spoke from a factual basis. Whether it was good for the listener or bad, you always knew what he said was true. Fiction was not a part of his character.

I submit this, Your Honor, only to suggest that I have the standing to observe the tremendous impact he has had on the process itself and the scores of young men and women who have made a legislative career based on his influence. Over the course of his 50 year career he has professionalized the legislature as much or more than any other individual who has ever served. His former staffers received a "Masters degree" in how to navigate the Illinois General Assembly. Many are now well-respected lobbyists and governmental executives. I would humbly submit that Michael Madigan left a lasting imprint on an institution that he deeply loved and left in a much better place than when he found it.

Sincerely,

John T. O'Connell

# *PATRICK J. O'MALLEY*
## *Attorney at Law*

March 5, 2025

Hon. John Robert Blakey
United States District Judge
U.S. District Court — Northern District of Illinois
Chicago, Illinois

Dear Judge Blakey:

I am an attorney and wish to submit this 'statement of character' for Michael J. Madigan. I first met Mike Madigan in 1992, some months following my election to the Illinois Senate. As members of different political parties our interaction was limited, almost negligible at first. At this time, I was brand new to the Illinois General Assembly and Mike Madigan had already been the Speaker of the Illinois House for many years. In time we discovered we shared humble Chicago family roots (e.g., my grandfather and Mike's father both worked for Chicago's Dept. of Streets & Sanitation) and represented its Southwestern Suburbs, giving us far more in common than I had expected.

Over time we found ways to mutually support the economic interests of the Southwest suburbs of Cook County, e.g., Midway Airport, arterial highway infrastructure, regional healthcare, and higher education. These are the types of nuts & bolts initiatives that keep good paying jobs in the community, deliver high quality healthcare, help young people obtain an affordable higher education, and reinforce a large regional community where middle-class families could thrive.

In the time I collaborated with Mike Madigan there was never a quid pro quo, only a genuine interest in wellbeing for the people we represented. There is nothing new in this for Mike Madigan or for me. The Southside Irish American culture from which we spring has sought the American Dream for generations. As a matter of hospitality, our culture teaches us to help each other in true humility, especially those who are least able to care for themselves; this is preached from pulpits, shared at dinner tables and community gatherings, and on full display in the wearing of the green to honor St. Patrick.

Interacting as we did allowed us to develop mutual respect for and trust in each other's intentions. This being said, as members of different parties we were grounded in different guiding principles. Notwithstanding, we found ways to work together for the common good. Also, I came to trust Mike Madigan's word; 'Yes' meant Yes, 'No' meant No, and 'Maybe' meant Mike would quietly consider the matter and get back with a Yes or a No, and the rationale for his decision. I can assure you, in my ten years in the General Assembly, this is the exception, not the rule.

As previously mentioned, in my dealings with Mike Madigan there was never a quid pro quo, only a genuine interest in the wellbeing of the people we served, all in the strong tradition of Irish cultural hospitality. May Mike Madigan's gifts, including his cultural roots, humility and caring for others, come to bear as you administer justice in his life.

Respectfully submitted,

**Patrick J O'Malley**

cc: Daniel Collins, Esq.

*"Liberties protected by the Constitution are not fair-weather freedoms."* Judge Wm Stickman IV

**Judge Lee Preston**
(Retired)



February 25, 2025

Honorable John R. Blakey
Judge, United States District Court
for the Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Re: United States v. Michael J. Madigan

Dear Judge Blakey:

Mike Madigan, the former Speaker of the House of Representatives, for decades has done so much for the good of Illinois citizens. The Speaker's legislative agenda included strong support for the state's working families, protecting the rights of workers to bargain collectively and continuing support for increases in the state's minimum wage. As Speaker, he also supported the elimination of the death penalty in Illinois. As stated in *Capitol News Illinois*, Michael Madigan holds the record for the longest serving legislative leader in any state or in Congress. He earned a national reputation for reshaping state and national politics and he oversaw every major piece of legislation in Illinois for almost forty years.

Before becoming a Circuit Court Judge in 1994, I served with him in the Illinois House for 14 years and I saw firsthand his hard work, his integrity and commitment to looking for ways to benefit the citizens of his legislative district and the citizens of Illinois. I saw firsthand the commitment he had to his wife, Shirley, to his children and to his Catholic faith. During spring or summer vacations from school, the Speaker brought his daughter, Lisa, to Springfield where she would serve as a page when the House was in session. Years later, Lisa Madigan became the Attorney General of Illinois, and is regarded by many in both parties to have been the best Attorney General in Illinois history.

About twenty years ago, when I was on the bench, I had a voice mail message from Speaker Madigan waiting for me requesting that when I was free, I should leave the courthouse (Daley Center), cross the street and call him. I had no idea what he wanted, but during my lunch break I left the building, crossed the street and called his office. His secretary answered the phone and told me that the Speaker was in a meeting but he was expecting my call. When he came to the phone, he thanked me for my campaign contribution. I inquired what this rigmarole was about leaving the building and crossing the street. He told me that he didn't

think it was proper to be discussing in even the slightest way anything about politics in a courthouse or government facility. That was some twenty years ago and that's the Michael Madigan that I know. When he visited Jerusalem, he went to the Western Wall of the Second Temple (the holiest site in Judaism) and he prayed there for family members who may be experiencing difficulties. As chair of the Committee on Children, I sponsored a bill to prohibit corporal punishment in Illinois schools. Speaker Madigan arranged a personal interview for me with the then Archbishop of Chicago, Cardinal Joseph Bernardin, to elicit his support for the legislation. The Speaker felt that important legislative initiatives be successful. He saw that prohibiting the spanking, paddling or slapping a child in school as important.

Your Honor, I'm an observant Orthodox Jew, I attend shul daily, and I would not be writing to you on behalf of Mike Madigan if I did not think he deserves to have the totality of his life and his accomplishments for good considered by you.

Thank you for your attention.

Respectfully yours,

Lee Preston

Curtis J. Tarver II



April 28, 2025

Honorable Judge R. Blakey
Everett McKinley Dirksen
United States Courthouse Federal Building
Courtroom 1203
219 S. Dearborn Street
Chicago, IL 60604

RE: Letter of Support for Michael J. Madigan

Dear Judge Blakey,

I met and was able to get to know Michael J. Madigan in my elected role as a state representative which began in January of 2019. I was a rank and file member. I was not in leadership. I was not from any specific political organization and I had no real affiliations besides the community that supported and elected me. My perspective comes from a specific time when his support had a real, lasting impact on a community that had seemingly long been overlooked if not forgotten.

Several years ago, I was involved in a major effort to repurpose a long-dormant school building on the far south east side of Chicago, into a community center. The vision was to repurpose it and ensure that it provided a safe space for children to learn, participate in activities but to also allow for programming specific to seniors who were raising their grandchildren and oftentimes their great grandchildren.

The project was ambitious. There were many stakeholders involved. This project required substantial financial backing. I sought Mr. Madigan's counsel and assistance. He did not hesitate - once he understood the magnitude of what this would do for the community he helped me to find capital funds to provide a

$5,000,000.00 grant to bring the vision to fruition. Mr. Madigan's willingness to support the project which was far away from his district played a key role in helping us secure the funding we needed.

He didn't ask for credit or recognition. He never mentioned it again. He understood the importance of the project for the surrounding neighborhood and chose to support it. Today, that building is no longer a vacant structure—it's a living, breathing space for families, youth, and seniors to gather, learn, and grow. His involvement made that possible.

I offer this letter to share a personal moment in which Mr. Madigan's actions directly contributed to a positive and long-lasting opportunity for a community that desperately needed it. At that time he did not know me personally beyond the less than a handful of interactions we had. Nevertheless, he understood the need and delivered.

I, on behalf of the community that received such a gift, will always be grateful for his willingness to help a person who barely knew, to assist people he would never likely meet

Thank you for your time and consideration.


Respectfully,

Curtis J. Tarver II





The Honorable John Blakey, Judge
United States District Court for the
Northern District of Illinois, Eastern Division
219 South Dearborn Street
Chicago, Illinois 60604


Dear Judge Blakey:

My husband, Jim (former Governor James R. Thompson, who died in 2020) and I have known Mike
Madigan and his wife Shirley for over fifty years. We first met Mike when he was dating Shirley, whom he
later married. While we were all young and busy building our families and careers at the time, we always
remained friends, even though Mike and Jim were of opposing political parties.

Our daughter, Samantha and Mike's daughter, Tiffany became friends in high school. On several occasions,
Mike and I attended Parent-Teacher Conferences at the girls' school, joking with each other that Jim and
Shirley were both too busy to attend!

During our years in Springfield, Jim and Mike were frequently at odds over important, high visibility
legislation. The political consequences for both sides were significant, but these confrontations never
strained my relationship with Mike and our personal friendship survived the Springfield years and beyond.
It's hard to imagine now but this was a time when bi-partisanship was valued. Whether Jim and Mike
were collaborating or fiercely opposed, I always knew that Mike would be truthful about his position on a
bill. You could always trust his word.

I respectfully request your Honor to show mercy in sentencing Mike Madigan and ask you to consider his
many years of dedicated public service to the People of our State and his reputation for honesty and
disciplined hard work over more than half a century.


Respectfully,

Jayne Carr Thompson

May 15, 2025

The Honorable Justice Blakely
Northern District Federal Court
219 South Dearborn Street
Chicago, IL 60604

Dear Justice Blakely,

I write to you today as a former elected official and friend of former Speaker Michael Madigan. As someone born and raised on the South side of Chicago within an Irish family, I have known Mike for most of my adult life. He is someone that I looked up to and respected deeply as he, Mayor Richard M. Daley, Commissioner John Daley, and others pursued careers in public service. While I first chose a path as a restaurateur and businessman after I graduated from college, I found public service later in life.

From his time participating in the state constitutional convention in the 1970s until he resigned from elected office, I consistently saw Mike as a pragmatic voice that served as an honest broker for not only his constituents, but people throughout our state. While he may have received critique for legislation he did or didn't advance, he always worked to achieve what was possible on behalf of Illinoisans.

I saw the impact of Mike's leadership firsthand when I served as Board Chair of the Illinois Restaurant Association as he balanced the interests of the business community, labor and citizens statewide. I also know the challenges of managing government budgets and he was consistently a voice of reason. Meanwhile, important policies advanced during his Speakership including expansion of the Illinois Human Rights Act to include LGBTQ+ people and legislation that granted civil union and marriage rights to LGBTQ+ people. My community in Chicago benefitted from capital bills he shepherded that invested in building the Center on Halsted, AIDS Garden Chicago, and more.

Mike dedicated his life to public service and making certain, continued progress on behalf of working people in Illinois. I ask that you consider the greater good that Mike accomplished in his decades of leadership of our state before determining his sentence.

Sincerely,

Tom Tunney
Former Alderman, 44th Ward

**Hon. John Robert Blakey**
**U.S. District Court for the**
**Northern District of Illinois**
**219 S Dearborn Street**
**Courtroom 1203**
**Chicago, IL 60604**

April 22, 2025

Honorable Judge Blakey,

My name is Arthur L. Turner, and I served as a member of the Illinois House of Representatives for nearly 30 years, from 1981 to 2010. While in the General Assembly, I served as Assistant Majority Leader and worked closely with Speaker Michael J. Madigan throughout some of Illinois state government's most challenging and defining periods.

I did not enter state politics with the backing of the Democratic Party machine. I was elected as an independent-thinking Democrat, and at times I brought forward legislation or perspectives that ran counter to the majority view. Despite this, or perhaps because of it, Speaker Madigan and I developed a relationship built on mutual respect, trust, and a shared commitment to the people of Illinois.

One moment that stands out is when I was advocating forcefully for a major affordable housing initiative. It was a contentious proposal at the time, and many in leadership hesitated to support it. Though Speaker Madigan did not initially agree with every part of the bill, he remained balanced and strategic in his approach. Rather than dismissing the idea outright or using his authority to shut it down, he ensured the process moved forward to give all stakeholders—including those with opposing views—a chance to be heard. That moment reinforced what kind of leader he was: not someone seeking agreement for argument's sake, but someone who valued structure, respected process, and understood the importance of inclusive dialogue—especially on issues that affected vulnerable communities. He was grounded in truth, not expedience.

Speaker Madigan's leadership style was also grounded in this balance—firm in principle, disciplined in process, and focused on the state's long-term needs. He did not surround himself with only those who agreed with him. Instead, he chose to work with people who shared his dedication to the people of Illinois—its diverse neighborhoods, townships, and communities.

Over the years, I saw firsthand how he mentored younger members, helped cultivate public servants across different disciplines, and remained present and available to colleagues even when the pressures of leadership were high. He carried the weight of his office with seriousness

and humility, and he never wavered in his belief in the government's role and responsibility to serve all people.

He has given much of his time, energy, and intellect to bettering our state. He is not a man without flaws, but he led with purpose, cared deeply about the institution, and understood that disagreement is part of a healthy democracy. He spoke the truth —plainly, without theatrics—and you could feel it came from genuine concern for people.

I respectfully ask that you consider not just the public figure but the person—the leader who listened, respected differences, mentored others, and never stopped working for the people of Illinois.

Thank you for your time and thoughtful consideration.


Respectfully,
Arthur L. Turner
Former State Representative, Illinois House of Representatives (1981–2010)

May 11, 2025


Honorable Robert J. Blakey

U. S. District Judge

Northern District of Illinois

219 S. Dearborn

Chicago, IL 60604



Dear Sir,

I write to provide you with information about Michael J. Madigan.

I am an attorney, a former federal law clerk,  the owner of an international homewares business, an elected official, and a Republican.  For twenty-five years I have been the Chairman of the Sangamon County Board.  In that capacity I came to know Mike Madigan professionally and personally.

My first introduction to Mike Madigan was in November of 2002, soon after the election of Rod Blagojevich as Governor.  Our community had worked diligently over a number of years to secure funding for a performing arts center in Springfield.  In the waning weeks of Governor George Ryan's term as governor we had secured a state grant for five million dollars that was critical to our construction financing.  Newly elected Governor Blagojevich announced that he was cancelling all state grants awarded under Governor Ryan.  As you can understand, the community was in a panic.  Our local representatives knew no one in the incoming administration.  In desperation we turned to Shirley Madigan, Mike's wife, who chaired in the Illinois Arts Council.  She arranged for me to meet Mike Madigan.  Mr. Madigan listened very intently to my presentation of the facts.  At the conclusion of my presentation he said simply, "Let me see what I can do."  Within a month of the new administration taking office, Governor Blagojevich announced that one grant, and only one grant, from his predecessor's authorizations would be funded:  The Arts Center for Springfield, Illinois.   Mike Madigan never asked for so much as a thank you for this invaluable service.  He never asked to meet with any local leaders.  He never asked for or received any local approbation.  To this day, I don't believe anyone knows the instrumental role in played in securing this vital funding.  He simply did what he thought was right.


It is said that no good deed goes unpunished.  As proof of this adage, in 2009 I again went privately to Mike Madigan at a moment of existential crisis for our community.  That year the Obama administration announced that as part of a high-speed rail program connecting Chicago to St. Louis, the Union Pacific Railroad would be building the

equivalent of the Berlin Wall through the heart of our town.  The community rose in a fury that I never experienced before or since.  But we could find no one in authority in state or local government who would oppose the plan.  No elected official would dare stand in opposition to a popularly elected Democratic president, a newly inaugurated Democratic Governor, the Union Pacific Railroad or the state or federal bureaucratic planners.  In desperation, I explained our plight to Mike Madigan.  He listened thoughtfully, ask several incisive questions about alternatives and then said, "I will sponsor a bill in the state legislature to oppose this plan."  At the request of a local Republican who he did not know well, Mike Madigan offered to sponsor a bill opposing the tightly knit plan of the Democratic President, his administration, the entire Democratic congressional delegation, the Democratic Governor and his administration, and the Union Pacific Railroad.  That courageous act, forced the railroad and the bureaucrats to sit down and listen to our community.  And that conversation led directly to the adoption of an alternative solution that will be completed in 2028.   Again, Mike Madigan asked for nothing.  He simply did the right thing for a community that wasn't his responsibility even if it meant opposing every state and federal official in his own Democratic party.  I know of no better example of integrity.


I once served as the clerk to the federal judge in Springfield, Illinois.  I recall the burden passing judgment placed on the federal judges I served.  I have some, first hand, appreciation for the difficulty of weighing a lifetime of choices made.  I hope I can assist you by relating that in my experience, the Mike Madigan I know, is a man of profound modesty, meticulous honesty, and steely integrity.


Sincerely,



Andy Van Meter

Chairman

Sangamon County Board

Dear Justice Blakey;

My name is Frank Watson from ███████ Illinois. I'm a pharmacist and owned a drug store. I was elected to the House of Representative's in 1978 where I served for four years. In 1982 I ran for the state senate and served till I had a stroke in 2009. I was elected republican leader of the senate in 2002. So my time in the General Assembly coincided with Speaker Mike Madigan.

In my early years in the General Assembly I didn't have much association with the Speaker. He had his own inner circle and didn't venture out with other members much. I became leader in 2002 and our relationship changed completely. As one of the four leaders in the legislative process we all had to work together. We certainly had our political differences but he was always respectable and listened to my point of view. We had a new governor and he was very demanding, controversial and spent money the state didn't have. So in 2004 I saw a side of Mike I had not expected to see. We worked together to cut over $450 million dollars in state spending. Our previous leader in the senate, Pate Philip, always said that Mike was someone you could trust. I found that to be true. What ever Mike told me I could always count on and never worry about. We worked well together and became friends.

I also learned more about his personal side. He was very loyal and respectful to friends and supporters who helped him along the way. He often times went back to Chicago to attend events such as weddings, wakes and other celebrations of his friends. Most of us wouldn't take time out like that when we were in session. He never talked about such things but to me it showed a true side of his character. After my stroke and resignation I would return to Springfield and he would welcome me into the speaker's office where we would visit. One time adversaries and now friends.

During my hospitalization and recovery from the stroke I received several calls from Mike checking on my well being. He didn't have to do that but he took time out to check on an old friend. I believe I got to see a side of Mike Madigan that most unfortunately have not. A caring and giving of himself man who did not wear it on his sleeve nor seek recognition.

I am pleased to be able to cast a view of Mike Madigan that I'm sure most have never seen. He is a good friend.

Sincerely,

Frank Watson



March 19, 2025

The Fall of 2007 was a challenging time for me. Recently divorced, I was still navigating its toll on my family, particularly my three school-aged children and on my career as a member of the Illinois House of Representatives. Divorce is always difficult, but it can be brutal for those in public office.

On a much broader stage, it was also a challenging time for our country with the deteriorating situations in both Afghanistan and Iraq. As you may recall, then President Bush implemented General Petraeus' Surge and sent an additional 20,000 troops to Iraq. For reasons not relevant to this letter, I answered that call and reenlisted in the United States Marine Corps Reserves. I very quickly found myself training with a Civil Affairs unit based at Camp Pendleton.

Once our unit was mobilized for deployment to Iraq's Anbar Province, I made a public announcement that I would be taking a "leave of absence" from my duties as State Representative for the 97th District of the Illinois House of Representatives.

As you can imagine, opinions were mixed. Some folks were helpful, others not so much. I expected the pushback from the anti-war groups, and I expected some local political opposition about "abandoning my district."

What I didn't expect was the push by some in Republican leadership to pressure me to resign me seat. There were many reasons given with the biggest being my seat would be targeted by the Democrats, and I would cost House Republicans time and resources and possibly lose the seat.

It is difficult to express the level of anxiety that this caused. I was about to leave my family and friends and deploy to a war zone and some members of my own party were trying to force my resignation.

Desperate to retain my seat and my only job, I had a meeting with then Speaker Madigan to explain my situation and relay the concerns about the potential vulnerability of my seat. I can still remember the Speaker stating that it made no sense to target someone serving their country and noting that a seated member of the Illinois General Assembly hadn't deployed to a war zone since WW2.

The Speaker concluded our meeting by offering assistance to me, my staff and my district. I actually had Democrat House members come to my district and hold office hours. It is difficult to imagine that in today's environment.

There was no quid pro quo, no arm twisting on any votes. Upon my return, I resumed my seat and served as the loyal opposition for several more years. We disagreed on budgets and rules as we had pre-deployment.

Serving in a war zone demands one's undivided attention. Speaker Madigan's actions gave me a piece of mind about my district and removed a potential source of distraction. Those actions allowed me to focus on the mission at hand, a focus that greatly contributed to my safe return.

I will remain forever grateful.

Sincerely,
Jim Watson
Former State Representative, 97th District
Staff Sergeant, USMC – Operation Iraqi Freedom

To: Judge Blakey
From: Lance Yednock
Re: Mr. Michael Madigan
Date: 04/14/2025


Dear Judge Blakey:

My name is Lance Yednock. I am the former Representative of the Illinois 76th House District-serving from 2019 until January 8, 2025. I am a Business Representative with IUOE Local 150, the heavy equipment operators Union. I am married to my wife Deana and reside in ████ IL. My interactions with Mr. Madigan began in late 2017 or early 2018 at the start of my first campaign. Nearly all my interaction with Mr. Madigan had been related to his position as Speaker of the House and my legislative priorities as well as the two campaigns he assisted me with. We mostly spoke on just those issues.

I had dinner with two or three other Representatives one time in my first term.
He was interested in what I cared about as a person, and what I thought was important as a legislator, reminding me that I always think about my constituents on any vote I take, and that was most important. He would occasionally call me on the campaign to check on my progress, answer any questions I might have, and give words of encouragement. He supported me for working hard. He was kind enough to send my family Christmas cards, and has continued to do so.

I can state that many members of organized labor think highly of Mr. Madigan as he was a stalwart supporter and protector of working people's right to form and join unions. He has a career of standing up for working class people in this state.

On a personal note, a good friend called me a few years back and shyly asked me to contact Mr. Madigan. His son, a gifted student, was hoping to attend St. Ignatius college prep and needed an alumnus to write a letter of support. I did call Mr. Madigan to ask for his consideration, at a time he was no longer the Speaker, I believe. I did ask him to consider, and after a few questions about my relationship with the family, and some other specifics, he said he would investigate it and consider. A few weeks or maybe months later my friend did call to tell me his son was accepted and he thought it was attributed to Mr. Madigan. I called Mr. Madigan to thank him and I believe my friend sent him a thank you card. Mr. Madigan reminded me the man's son earned it as a gifted student, and that he was happy to help in any way that he could. Not needing to help me or my friend's family but doing it anyway was an act of class my friend and myself will never forget.

Many of my colleagues in the House held Mr. Madigan in high regard as he always seemed to put ours and others' needs first. It always appeared others were the priority, not him.

I hope you will find this helpful to determine the truth of Mr. Madigan as a person. He helped lead us in some difficult times in this state and with much personal sacrifice and without any expectations in return.

Sincerely,

*Lance Yednock*

Lance Yednock