**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 22-CR-00115 |
| v. | ) | |
| | ) | Honorable John Robert Blakey |
| MICHAEL J. MADIGAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT MICHAEL J. MADIGAN'S SUPPLEMENTAL TRIAL**
**EXHIBITS AND EXHIBIT LIST FOR RECORD ON APPEAL**

In accordance with Federal Rule of Appellate Procedure 3(d), Seventh Circuit Local Rule 10, the Notice of Appeal Letter issued by the Clerk of this Court on July 24, 2025 (ECF 457), and the Court's Order extending the deadline to supplement the record (ECF 465), Defendant Michael J. Madigan hereby submits the exhibits admitted at trial in the captioned matter, together with the exhibit lists, for the record on appeal.

Dated: August 25, 2025

Respectfully submitted,

By: /s/ *Daniel J. Collins*
Daniel J. Collins, Esq. (ARDC #6224698)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661
(312) 902-5434
Daniel.Collins@Katten.com

By: /s/ *Thomas M. Breen*
Thomas M. Breen, Esq. (ARDC #0287547)
Todd S. Pugh, Esq. (ARDC #6243692)
Breen & Pugh
53 West Jackson Blvd., Suite 1550
Chicago, Illinois 60604
(312) 360-1001
tbreen@breenpughlaw.com
tpugh@breenpughlaw.com
***Attorneys for Michael J. Madigan***

1